UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-61721-CIV-HUCK/O'SULLIVAN

JOSE E. LOZANO, on behalf of
himself and all others similarly situated,

    Plaintiff,
v.

RACETRAC PETROLEUM, INC.,

    Defendant.
_____/

**ORDER APPROVING SETTLEMENT AGREEMENT AND
RECOMMENDING THAT THE CASE BE DISMISSED WITH PREJUDICE**

THIS MATTER came before the Court for a fairness hearing.

THE COURT has heard from counsel and has considered the terms of the Settlement Agreement, the pertinent portions of the record, and is otherwise fully advised in the premises.

This case involves a claim for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, et seq ("FLSA").  In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions."  Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982).

In this case, there is a bona fide dispute over whether the plaintiff is an exempt employee under the FLSA.  The Court has reviewed the terms of the Settlement Agreement including the amount to be received by the plaintiff and the attorney's fees and costs to be received by counsel and finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide dispute. Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' Settlement Agreement (including attorney's fees and costs)  is hereby **APPROVED**. It is further

**RECOMMENDED** that this case be **DISMISSED WITH PREJUDICE** and that the

Court retain jurisdiction until December 20, 2010 to enforce the terms of the settlement.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **8th** day of November, 2010.

                                                      JOHN J. O'SULLIVAN
                                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Huck
All Counsel of Record